No. 71–6310.  EVANS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 71–6317.  FINE *v.* KOLODNY ET AL.  Ct. App. Md. Certiorari denied.

No. 71–6318.  SUMPTER *v.* WHITE PLAINS HOUSING AUTHORITY ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 71–6322.  SCHMEIDEBERG *v.* BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 71–6323.  SHERIS *v.* THOMPSON ET AL.  Sup. Ct. N. H.  Certiorari denied.

No. 71–6324.  DELEVAY *v.* GREYHOUND CORP.  Ct. App. D. C.  Certiorari denied.

No. 71–6331.  WHITE *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 71–6333.  FERENC *v.* JOHNSON, PENITENTIARY SUPERINTENDENT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 71–6335.  FAIR *v.* TAMPA ELECTRIC CO. ET AL. C. A. 5th Cir.  Certiorari denied.

No. 71–6338.  SHUTT *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 71–6343.  CASH *v.* MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 71–6348.  BROWN *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–6351.  BLANCO *v.* RKO THEATRES, INC., DBA RKO GREENPOINT.  C. A. 2d Cir.  Certiorari denied.